**Order filed March 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00266-CV
_____

### LARRY JOHNS, Appellant

### V.

### CARL R. GRANTOM AND LEIGH ANN GRANTOM, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2018-42908**

## ORDER

When this case was reinstated on December 30, 2021, appellant was ordered to file his brief by January 31, 2022. On appellant's motion, he was subsequently granted an extension to February 14, 2022 to file his brief. However, as of the date of this order, no brief or further motion to extend time has been filed. Accordingly, unless appellant files a brief with this court on or before **March 24, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.